```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                         WESTERN DIVISION
```

JOSE FRANCISCO-VALLE                                        PLAINTIFF

V.                              CIVIL ACTION NO. 5:20-CV-97-DCB-MTP

MR. BANKS, ET AL.                                           DEFENDANT

### Order Adopting Report and Recommendation

This matter is before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation [ECF No. 17], to which no objections have been filed by the Plaintiff. Having carefully reviewed the same, the Court finds that Magistrate Judge Parker's Report and Recommendation is well taken and shall be adopted as the findings and conclusions of this Court. Magistrate Judge Parker finds that this action should be dismissed without prejudice because Plaintiff has failed to prosecute and comply with the Court's orders.

Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that Magistrate Judge Michael T. Parker's Report and Recommendation is ADOPTED as the findings and conclusions of this Court. This action is hereby DISMISSED without prejudice.

A Final Judgment shall be entered of even date herewith pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED AND ADJUDGED this the 16th day of December, 2020.

/s/David Bramlette

UNITED STATES DISTRICT JUDGE